# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 25−11597−smr
Chapter No.: 7
Judge: Shad Robinson

IN RE: **Carmen Marie Kyle**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on   **12/16/25 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 14 Motion for Relief from Stay (30 Day Waiver Language) (14 Day Objection Language) ( Filing Fee: $ 199.00 ) filed by Michael J. O'Connor for Creditor Carolyn Carmella Flora (Attachments: # 1 Exhibit 1 First Amended Petition Probate Court # 2 Exhibit 2 Docket Control Order 7−10−2024 # 3 Exhibit 3 First Am DCO 11−8−2024 # 4 Exhibit 4 Second Amd DCO 1−8−2025 # 5 Exhibit 5 Jury Demand 2−28−2025 # 6 Exhibit 6 Amd Jury Demand 3−7−2025 # 7 Exhibit 7 Third Amd DCO 4−11−2025 # 8 Exhibit 8 Docket In re Herttenberger 17−11088 # 9 Exhibit 9 In re Herttenberger Discharge 11−30−2017 # 10 Exhibit 10 Petition&Matrix 25−11597 # 11 Proposed Order)(O'Connor, Michael)) Hearing Scheduled For 12/16/2025 at 01:30 PM at Austin Courtroom 1 (Schoener, Lauren) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by Zoom or by phone for this hearing.

Dated: 11/12/25

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−TMD] [NtchrgBKtmdap]